United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-491 |
| MIDWEST RECOVERY SYSTEMS LLC | § | |

### ORDER REQUIRING CACi TO APPEAR OR TO REGISTER ADDRESS

The Court has received an email response from CACi advising that it purchased all of Midwest Recovery System's assets. The e-mail does not address the issue in this proceeding. The notices that are being sent to the Midwest Recovery System's address are ordinarily precipitated by a filing by a debtor in which the debtor lists Midwest Recovery Systems as a creditor. If the assets were purchased by CACi, then the notices should be forwarded to CACi. CACi may then contest the accuracy of the notices, if appropriate.

Otherwise, CACi may not receive notices of the commencement of a bankruptcy case, and may take actions in violation of the automatic stay.

The Clerk should send a copy of this Order to Debra Ciskey at [debra.ciskey@cacionline.net](debra.ciskey@cacionline.net).

Not later than May 16, 2022, CACi may formally appear in this proceeding, or may file a statement that it has directed the notices to be sent to CACi.

SIGNED 05/02/2022

_____
Marvin Isgur
United States Bankruptcy Judge