IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-491 |
| MIDWEST RECOVERY SYSTEMS LLC § | |

### CACi'S RESPONSE TO THE COURT'S ORDER REQUIRING CACi TO APPEAR OR TO REGISTER ADDRESS (Doc. 7)

On May 4, 2022, this Court entered its Order Requiring CACi To Appear or to Register Address (the "Order"), Doc. 7. This Order states that "[n]ot later than May 16, 2022, CACi may formally appear in this proceeding, or may file a statement that it has directed the notices to be sent to CACi.

CACi hereby states that it is in the process of having the electronic BNC notices forwarded from MRS to CACi. This has turned into a more difficult task than anticipated given that MRS never signed up for electronic BNC notifications to begin with. As such, CACi is not able to simply have MRS' electronic BNC notices forwarded to it as, again, MRS has never received electronic BNC notices to begin with. Nevertheless, CACi is diligently working with the BNC to determine how to ensure that all electronic BNC notices for MRS are forwarded to CACi.

In the event more is needed from the Court, and in accordance with the Court's Order, CACi is also formally appearing by counsel. CACi is eager to fulfill any other directives of the Court and feels as though engaging counsel will make doing so in a prompt manner easier.

<table>
<tr><td>Dated: May 16, 2022</td><td>Respectfully submitted,<br><br>**MALONE FROST MARTIN PLLC**<br><br>*/s/ Xerxes Martin*<br>EUGENE XERXES MARTIN, IV<br>State Bar No. 24078928<br>Email: xmartin@mamlaw.com<br>COOPER M. WALKER<br>State Bar No. 24098567<br>Email: cwalker@mamlaw.com<br>MARISSA L. BOULANGER<br>State Bar No. 24100912<br>Email: mboulanger@mamlaw.com<br>**MALONE FROST MARTIN PLLC**<br>NorthPark Central, Suite 1850<br>8750 North Central Expressway<br>Dallas, Texas 75231<br>T: 214-346-2630 | F: 214-346-2631<br><br>***COUNSEL FOR CONSUMER ADJUSTMENT COMPANY, INC.***</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded via **CM/ECF** on this 16th day of May, 2022, to the following recipients:

*/s/ Xerxes Martin*